# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LUIS individually and as successor in interest to JORDAN LUIS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; CASA DE AMPARO, DOES 1 THROUGH 20 inclusive, and ESTEE URAM-JARIVS (Nominal Defendant),<br><br>Defendants. | Case No.: 3:18-cv-0246-CAB-(JMA)<br><br>**ORDER OF REMAND** |

On April 24, 2018, the Court granted Defendant County of San Diego's motion to dismiss all claims against it, including the federal claims upon which jurisdiction rested. [Doc. No. 18.] In the dismissal order, Plaintiff was given up to and including May 15, 2018, to file an amended complaint and was required to file a notice of his intention to do so on or before May 1, 2018. [*Id.* at 23] Additionally, Plaintiff was cautioned that his failure to file the required Notice of Intent would result in the Court remanding the remaining state law causes of action against Defendant Casa to state court. [*Id.*]

The deadline for Plaintiff to file the required Notice has come and gone and no filing has been entered on the docket. According, the Court hereby **REMANDS** this action back

1

to the San Diego Superior Court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c) ("[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."). The Clerk of the Court shall **CLOSE** the case.

It is **SO ORDERED**.

Dated: May 4, 2018

Hon. Cathy Ann Bencivengo
United States District Judge